**LEACH JOHNSON SONG & GRUCHOW**
**SEAN L. ANDERSON**
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 1239
Email: Sanderson@leachjohnson.com
Email: Rhastings@leachjohnson.com
8945 W. Russell Road, Suite #330
Las Vegas, Nevada 89148
Telephone:    (702) 538-9074
Facsimile:    (702) 538-9113
*Attorneys for Defendant*
*Talasera and Vicanto Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BACK HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TALASERA AND VICANTO HOMEOWNERS ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; LIN & YEH, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:  2:16-cv-00697-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DATE [ECF No. 6]** |

Bank of America, N.A. ("Plaintiff") and Defendant Talasera and Vicanto Homeowners Association ("Association") by and through their respective counsel stipulate and agree as follows:

On April 26, 2016 the Association filed its Motion to Dismiss Bank of America, N.A.'s Complaint as ECF No. 6.

On June 2, 2016 Plaintiff filed its Opposition to the Association's Motion to Dismiss Bank of America, N.A.'s Complaint as ECF No. 17.

The Association's Reply is due June 12, 2016.

///

IT IS HEREBY STIPULATED AND AGREED that the Association will have an extension up to and including **July 8, 2016** to file its Reply.

This is the parties first request of this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED this 1st day of July, 2016.

| **AKERMAN LLP** | **LEACH JOHNSON SONG & GRUCHOW** |
|---|---|
| ___/s/ Allison R. Schmidt_____<br>Melanie D. Morgan<br>Nevada Bar No. 8215<br>Allison R. Schmidt<br>Nevada Bar No. 10743<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff*<br>*Bank of America, N.A.* | __/s/ Ryan D. Hastings_____<br>Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 1239<br>8945 W. Russell Road, Suite 330<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendant Talasera and Vicanto Homeowners' Association* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 6th day of July, 2016.