MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; LIN & YEH, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.:   2:16-cv-00697-RFB-GWF<br><br>**NOTICE OF DISASSOCIATION** |

Bank of America, N.A. sucessor by merger to BAC Home Loans Servicing, **BANA**, hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list.

///

///

///

///

///

///

{40603570;1}

1

Akerman LLP will continue to represent **BANA** and requests MELANIE D. MORGAN, ESQ., and TENESA S. SCATURRO, ESQ., receive all future notices.

Respectfully submitted, this 7th day of February, 2017.

**AKERMAN LLP**

/s/ *Tenesa S. Scaturro, Esq.*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2/8/2017

_____
UNITED STATES MAGISTRATE JUDGE

{40603570;1}

2