MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, INC.; PREMIER ONE HOLDINGS, INC.; LIN & YEH, INC.; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | Case No.: 2:16-cv-00697-RFB-EJY<br><br>**STIPULATION TO DISMISS ALL CLAIMS WITH PREJUDICE** |

Pursuant to Rule 41, Bank of America, N.A., Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, Premier One Holdings, Inc., Lin & Yeh, Inc., Nevada Association Services, Inc., and Talasera and Vicanto Homeowners' Association, Inc. agree to dismissal of all claims in this matter with prejudice. Each

///

///

51019597;1

party shall bear its own attorney's fees, prejudgment interest, and costs of suit. The court may close this case.

DATED this 13th day of December, 2019.

| **AKERMAN LLP** | **MORRIS LAW CENTER** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Timothy A. Wiseman* |
| MELANIE D. MORGAN, ESQ. | SARAH A. MORRIS, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 8461 |
| SCOTT R. LACHMAN ESQ. | TIMOTHY A. WISEMAN, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 13786 |
| 1635 Village Center Circle, Suite 200 | 5450 W. Sahara Avenue, Suite 330 |
| Las Vegas, NV 89134 | Las Vegas, NV 89146 |
| *Attorneys for Bank of America, N.A* | *Attorneys for Premier One Holdings, Inc., and Lin & Yeh, Inc.* |
| **NEVADA ASSOCIATION SERVICES, INC.** | **LEACH KERN GRUCHOW ANDERSON SONG** |
| */s/ Brandon Wood* | /s/ *Ryan D. Hastings* |
| BRANDON E. WOOD, ESQ. | SEAN L. ANDERSON, ESQ. |
| Nevada Bar No. 12900 | Nevada Bar No. 7259 |
| NEVADA ASSOCIATION SERVICES, INC. | RYAN D. HASTINGS, ESQ. |
| 6625 S. Valley View Boulevard, Suite 300 | Nevada Bar No. 1239 |
| Las Vegas, Nevada 89118 | 2525 Box Canyon Drive |
| | Las Vegas, Nevada 89128 |
| *Attorney for Nevada Association Services, Inc.* | |
| | *Attorneys for Talasera and Vicanto Homeowners' Association* |

## **ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of December, 2019.

51019597;1